DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JANELLE MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JANELLE MILLER,<br>Defendant. | No. 2:06-cr-00495-MCE<br>**STIPULATION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br>**RETROACTIVE CRACK COCAINE REDUCTION CASE**<br>Judge: Honorable MORRISON C. ENGLAND, Jr. |

Defendant, JANELLE MILLER, by and through her attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. Ms. Miller was sentenced by this Court on June 10, 2010, to a term of 48 months.

Her guideline range was 70 to 87 months, based on a total offense level of 25 and criminal history category III, and she received a 30% reduction from the low end of the applicable guideline range;

3. The sentencing range applicable to Ms. Miller was subsequently lowered by the United States Sentencing Commission by amendment made retroactive on June 30, 2011;

4. Accordingly, Ms. Miller's adjusted offense level has been reduced from 25 to 21, which at Criminal History Category III produces a new applicable guideline range of 46 to 57 months. A new sentence based on the resulting guideline range, the prior computation of specific offense characteristics, adjustments, criminal history category, and departures, and application of the same 30% reduction Ms. Miller received at the initial sentencing would result in a sentence of 32 months.

5. Ms. Miller was not sentenced at a congressionally mandated minimum sentence, and she is therefore eligible for a reduction of her sentence by retroactive application of Amendment 750 pursuant to 18 U.S.C. § 3582(c)(2) and policy statement U.S.S.G. § 1B1.10;

///

///

///

///

///

///

///

///

///

///

6. Accordingly, the parties respectfully request the court enter the order lodged herewith resentencing Ms. Miller to a sentence of 32 months.

Dated: December 16, 2011

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| */s/ Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney | */s/ David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Movant<br>JANELLE MILLER |

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

**ORDER**

On June 10, 2010, this Court sentenced Ms. Miller to a term of imprisonment of 48 months. The parties agree, and the Court finds, that Ms. Miller is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces her applicable offense level from 25 to 21.

IT IS HEREBY ORDERED that the term of imprisonment imposed on June 10, 2010 is reduced to 32 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

Unless otherwise ordered, Ms. Miller shall report to the United States Probation office closest to the release destination within seventy-two hours after her release.

Dated: December 20, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE